B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **FRANKLIN CREDIT HOLDING CORPORATION**,
Debtor

Case No. _____

Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 55,991.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 825,300,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 4,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 1,963,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 55,991.00 | | |
| Total Liabilities | | | | 827,267,000.00 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   FRANKLIN CREDIT HOLDING CORPORATION                              ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **FRANKLIN CREDIT HOLDING CORPORATION**                              , Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account | - | 55,991.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                    Sub-Total >     **55,991.00**
                                                                 (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **FRANKLIN CREDIT HOLDING CORPORATION**, Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 80 Shares of FCMC valued between $0 and $1,120,000 | - | Unknown |
| | | 100 Shares of FCAC | - | Unknown |
| | | 200 Shares of Tribeca Lending Corp | - | Unknown |
| | | See attached schedule of subsidiaries | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **FRANKLIN CREDIT HOLDING CORPORATION**,  Case No. _____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Contingent right to the return of any funds remaining in the Indemnification Trust, created by the Indemnification Agreement (each as defined in the Prepackaged Plan), upon its termination on March 31, 2019. | - | Unknown |
| | | Claim for attorneys' fees and costs in Crawford v. Franklin Credit Holding Corporation, pending in the United States Bankruptcy Court for the Southern District of New York. | - | Unknown |
| | | Claim for attorneys' fees and costs in Deutsche Bank National Trust Company, as Trustee for Tribeca Lending Trust Series 1 v. Dorothy J. Boy, pending in the Court of Common Pleas, Philadelphia, PA. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >       0.00
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **FRANKLIN CREDIT HOLDING CORPORATION**, Case No. _____
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    0.00
(Total of this page)
Total >    55,991.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **FRANKLIN CREDIT HOLDING CORPORATION** ,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>The Huntington National Bank<br>As Aministrative Agent<br>2361 Morse Road, NC3W67<br>Attn: Special Assets<br>Columbus, OH 43229 | X | - | Licensing Credit Agreement, 3/31/09, secured by pledges of Debtor's equity interests in all of its direct and indirect subsidiaries (other than FCMC) which have no value. Licensing Debt is also secured by $7.5M of of cash collateral of FCM<br><br>Value $                         0.00 | | X | | 4,700,000.00 | Unknown |
| Account No.<br><br>The Huntington National Bank<br>As Administrative Agent<br>2361 Morse Road, NC3W67<br>Attn: Special Assets<br>Columbus, OH 43229 | X | - | Legacy Credit Agreement, 3/31/09 secured by a lien on the assets of the Debtor's direct/indirect subsidiaries (other than FCMC), which have a deficit net worth of $847,000. (claim amt is non-recourse to the Debtor)<br><br>Value $                         0.00 | | | | 820,600,000.00 | Unknown |
| Account No.<br><br><br><br> <br><br>Value $ | | | | | | | | |
| Account No.<br><br><br><br> <br><br>Value $ | | | | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 825,300,000.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 825,300,000.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **FRANKLIN CREDIT HOLDING CORPORATION**                                                       ,   Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    3    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **FRANKLIN CREDIT HOLDING CORPORATION**, Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Wages, salaries, and commissions__
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Allan Lyons<br>6471 Enclave Way<br>Boca Raton, FL 33496 | | - | | | | | 1,250.00 | 0.00 | 1,250.00 |
| Account No.<br><br>Frank Evans<br>10718 Falls Pointe Drive<br>Great Falls, VA 22066 | | - | | | | | 250.00 | 0.00 | 250.00 |
| Account No.<br><br>Michael Bertash<br>193 Taft Crescent<br>Centerport, NY 11721 | | - | | | | | 1,250.00 | 0.00 | 1,250.00 |
| Account No.<br><br>Steve Lefkowitz<br>53 7th Avenue<br>Brooklyn, NY 11217 | | - | | | | | 1,250.00 | 0.00 | 1,250.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    4,000.00    0.00    4,000.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **FRANKLIN CREDIT HOLDING CORPORATION**,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Arizona Department of Treasury<br>PO Box 29079<br>Phoenix, AZ 85038-9079 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Idaho State Tax Commission<br>PO Box 76<br>Boise, ID 83707-0076 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>Department of Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | - | | | X | X | | Unknown | Unknown | 0.00 |
| Account No.<br><br>New Hampshire Department of Revenue<br>PO Box 637<br>Concord, NH 03302-0637 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>New Jersey Department of Treasury<br>PO Box 002<br>Trenton, NJ 08625 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  0.00    0.00    0.00

B6E (Official Form 6E) (4/10) - Cont.

In re  **FRANKLIN CREDIT HOLDING CORPORATION**, Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>New Jersey Division of Taxation Compliance & Enforcement, Bank. Unit<br>50 Barrack Street, 9th Floor<br>PO Box 254<br>Trenton, NJ 08695-0267 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>Securities Exchange Commission<br>George S. Canellos, Regional Dir.<br>3 World Financial Center, Ste 400<br>New York, NY 10281 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>Tennessee State Treasurer<br>Tennessee State Capital, 1st Floor<br>600 Charlotte Avenue<br>Nashville, TN 37243-0225 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>West Virginia State Tax Department<br>Internal Auditing Div. PITPU<br>PO Box 1202<br>Charleston, WV 25324-1202 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>Wisconsin Department of Revenue<br>PO Box 8908<br>Madison, WI 53708 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00 | 0.00 | 0.00

Total 0.00
(Report on Summary of Schedules) 4,000.00 | 4,000.00

B6F (Official Form 6F) (12/07)

In re    **FRANKLIN CREDIT HOLDING CORPORATION**,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Deloitte LLP<br>100 Kimball Drive<br>Attn: John Niemiec<br>Parsippany, NJ 07054-0319 | - | | Accounting Serviced Rendered | | | | 144,000.00 |
| Account No.<br><br>Franklin Credit Management Corporation<br>101 Hudson Street<br>Jersey City, NJ 07302 | - | | Funding of Indemnification Trust | | | | 1,000,000.00 |
| Account No.<br><br>Franklin Credit Management Corporation<br>101 Hudson Street<br>Jersey City, NJ 07302 | - | | Management and Administrative Services | | | | 772,000.00 |
| Account No.<br><br>Franklin Credit Management Corporation<br>101 Hudson Street<br>Jersey City, NJ 07302 | - | | Payment of Invoices on which the Debtor is the olibgor | | | | 47,000.00 |
|   **0**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,963,000.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 1,963,000.00 |

B6G (Official Form 6G) (12/07)

In re  **FRANKLIN CREDIT HOLDING CORPORATION** ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Franklin Credit Management Corporation<br>101 Hudson Street<br>Jersey City, NJ 07302 | Administrative Services Agreement |
| Franklin Credit Mangement Corporation<br>101 Hudson Street<br>Jersey City, NJ 07302 | Loan Servicing Agreement |
| HCC Global Financial Products<br>8 Forest Park Drive<br>Attention: Claims Manager<br>Farmington, CT 06032 | Directors and Officers Insurance Policy |
| Meadowbrook Insurance Group<br>26255 American Drive<br>Southfield, MI 48034-6112 | General Agreement of Indemnity |
| Travelers Casualty and Surety Company<br>Att: Bond Finance/Collateral Processing<br>One Tower Square<br>Hartford, CT 06183 | General Contract of Indemnity |
| Wilmington Trust Company<br>1100 North Market Street<br>Attn: Corporate Trust Administrator<br>Wilmington, DE 19890-1605 | Indemnification Trust Agreement |

    0
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **FRANKLIN CREDIT HOLDING CORPORATION**  
_____,  
Debtor

Case No. _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Other Subsidiaries of the Debtor (other than FCMC) listed on Attachment 2 hereto** | **The Huntington National Bank** c/o Jack Pigman, Esq. Porter Wright Morris & Arthur LLP 41 S. High St. Suites 2800-3200 Columbus, OH 43215 (The Huntington National Bank, as Administrative Agent Under the Legacy Credit Agreement) |
| **Franklin Credit Management Corporation** 101 Hudson Street Jersey City, NJ 07302 | **The Huntington National Bank** c/o Jack Pigman, Esq. Porter Wright Morris & Arthur LLP 41 S. High St. Suites 2800-3200 Columbus, OH 43215 (The Huntington National Bank, as Administrative Agent Under the Licensing Credit Agreement) |

    0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# ATTACHMENT "2" TO SCHEDULE H

**Direct Subsidiaries**
Tribeca Lending Corp
Franklin Credit Management Corporation
Franklin Credit Asset Corporation
Franklin Credit Loan Servicing LLC - (dissolved)

**Indirect Subsidiaries**
Franklin Asset, LLC
Tribeca Funding Corp
FCRF II (Fra)
FCRF VI (Fra)
FCRF VII (Fra)
FCRF VIII
FCRF X
FCRF XII
FCRF XIV (Fra)
FCRF XVIII
FCRF XIX
FCRF XX
Hudson Mgmt Corp
Greenwich First Corp (XXII)
Greenwich Mgnt Corp (XXIII)
6 Harrison Corp.
Greenwich Funding Corp
Harrison Financial Corp
Harrison 1st Corp.
Harrison Financial Assoc
Harrison Funding Corp
Flow 2000 A Corp
Accu 99 Corp
Beach Funding Corp.
Ericsson Associates Inc.
Jackson Union 28 Corp.
Mass Fed 29 Corp.
NY APT 33 Corp.
Ark 38 Corporation
Kearney 39 Corp
New Haven 40 Corp
North Fork 41 Corp.
Norwich 42 Corp
Rontex 1617 Corp.
St. Pete 43 Corp.
Fort Granite 44 Corp
Jersey 45 Corp
Shelton 46 Corp.
CAPT 47 Corp.
Garfield 48 Corp.
Cal Second 49 Corp.
Newport 50 Corp.
DAPT 51 Corp.
Island 52 Corp.
New Haven 53 Corp.
Madison 54 Corp.

Branford 55 Corp.
Cape 77 Corp
Century 78 Corp
Tampa 79 Corp
Firstco 80 Corp
Free 81 Corp
Coast 56 Corp
Home Fed 57 Corp
New Haven 58 Corp
Flow Purchase 98 Corp
Rapid Point 60 Corp
Kearny 61 Corp
Coast 62 Corp
New Haven 63 Corp
Coast 96 Corp
Park 97 Corp
Pan Cal 98 Corp
Emerge 64 Corp
Emod 65 Corp
Emsec 66 Corp
Free/ Emgold 67 Corp
Modgold 68 Corp
Firstgold 69 Corp
Flow 99 – 70 Corp
Ivy City 72 Corp
Free 73 Corp
Coast 74 Corp
Acredit 75
Flow 99 – 76 Corp
FCMC 2000 B Corp
FCMC 2000 C Corp
FCMC 2000 D Corp
FCMC 2001 A Corp
FCMC 2001 C Corp
FCMC 2001 D Corp
FCMC 2001 E Corp
FCMC 2001 F Corp
FCMC 2002 A Corp
FCMC 2002 B Corp
FCMC 2002 C Corp
FCMC 2002 D Corp
FCMC 2002 E Corp
FCMC 2002 F Corp
FCMC 2002 G Corp
FCMC 2002 H Corp
FCMC 2003 A Corp
FCMC 2003 B Corp
FCMC 2003 C Corp
FCMC 2003 D Corp
FCMC 2003 E Corp
FCMC 2003 F Corp
FCMC 2003 G Corp
FCMC 2003 H Corp
FCMC 2003 I Corp
FCMC 2004 A Corp
FCMC 2004 B Corp

1

| | |
|---|---|
| FCMC 2004 C Corp | FCMC 2007 A Corp |
| FCMC 2004 D Corp | FCMC 2007 AA Corp |
| FCMC 2004 E Corp | FCMC 2007 AB Corp |
| FCMC 2004 F Corp | FCMC 2007 AC Corp |
| FCMC 2004 G Corp | FCMC 2007 B Corp |
| FCMC 2004 H Corp | FCMC 2007 C Corp |
| FCMC 2004 I Corp | FCMC 2007 D Corp |
| FCMC 2004 J Corp | FCMC 2007 E Corp |
| FCMC 2004 K Corp | FCMC 2007 F Corp |
| FCMC 2004 L Corp | FCMC 2007 G Corp |
| FCMC 2004 M Corp | FCMC 2007 H Corp |
| FCMC 2005 A Corp | FCMC 2007 I Corp |
| FCMC 2005 B Corp | FCMC 2007 J Corp |
| FCMC 2005 C Corp | FCMC 2007 K Corp |
| FCMC 2005 D Corp | FCMC 2007 L Corp |
| FCMC 2005 E Corp | FCMC 2007 M Corp |
| FCMC 2005 F Corp | FCMC 2007 N Corp |
| FCMC 2005 G Corp | FCMC 2007 O Corp |
| FCMC 2005 H Corp | FCMC 2007 P Corp |
| FCMC 2005 I Corp | FCMC 2007 Q Corp |
| FCMC 2005 J Corp | FCMC 2007 R Corp |
| FCMC 2005 K Corp | FCMC 2007 S Corp |
| FCMC 2005 L Corp | FCMC 2007 T Corp |
| FCMC 2005 M Corp | FCMC 2007 U Corp |
| FCMC 2005 N Corp | FCMC 2007 V Corp |
| FCMC 2005 O Corp | FCMC 2007 W Corp |
| FCMC 2005 P Corp | FCMC 2007 X Corp |
| FCMC 2005 Q Corp | FCMC 2007 Y Corp |
| FCMC 2005 R Corp | FCMC 2007 Z Corp |
| FCMC 2005 S Corp | FCMC B-One 2004 A Corp |
| FCMC 2006 A Corp | FCMC B-One 2004 B Corp |
| FCMC 2006 B Corp | FCMC B-One 2004 C Corp |
| FCMC 2006 C Corp | FCMC B-One 2004 D Corp |
| FCMC 2006 D Corp | FCMC B-One 2004 E Corp |
| FCMC 2006 E Corp | Flow 2000 B Corp |
| FCMC 2006 F Corp | Flow 2000 C Corp |
| FCMC 2006 G Corp | Flow 2000 D Corp |
| FCMC 2006 H Corp | Flow 2000 E Corp |
| FCMC 2006 I Corp | Flow 2000 F Corp |
| FCMC 2006 J Corp | Flow 2001 A Corp |
| FCMC 2006 K Corp | Flow 2001 B Corp |
| FCMC 2006 L Corp | Flow 2001 C Corp |
| FCMC 2006 M Corp | Flow 2001 F Corp |
| FCMC 2006 N Corp | Flow 2001 G Corp |
| FCMC 2006 O Corp | Flow 2001 H Corp |
| FCMC 2006 P Corp | Flow 2001 I Corp |
| FCMC 2006 Q Corp | Flow 2001 J Corp |
| FCMC 2006 R Corp | Flow 2001 K Corp |
| FCMC 2006 S Corp | Flow 2001 L Corp |
| FCMC 2006 T Corp | Flow 2001 E Corp |
| FCMC 2006 U Corp | Flow 2002 A Corp |
| FCMC 2006 V Corp | Flow 2002 B Corp |
| FCMC 2006 W Corp | Flow 2002 C Corp |
| FCMC 2006 X Corp | Flow 2002 D Corp |
| FCMC 2006 Y Corp | Flow 2002 E Corp |
| FCMC 2006 Z Corp | Flow 2002 F Corp |

2 - Attachment "2" to Schedule H

ME1 13591133v.1

Flow 2002 G Corp
Flow 2002 H Corp
Flow 2002 I Corp
Flow 2002 J Corp
Flow 2002 K Corp
Flow 2002 L Corp
Flow 2003 A Corp
Flow 2003 B Corp
Flow 2003 C Crop
Flow 2003 D Corp
Flow 2003 E Corp
Flow 2003 F Corp
Flow 2003 G Corp
Flow 2003 H Corp
Flow 2003 I Corp
Flow 2003 J Corp
Flow 2003 K Corp
Flow 2003 L Corp
Flow 2004 A Corp
Flow 2004 B Corp
Flow 2004 C Corp
Flow 2004 D Corp
Flow 2004 E Corp
Flow 2004 F Corp
Flow 2004 G Corp
Flow 2004 H Corp
Flow 2004 I Corp
Flow 2005 A Corp
Flow 2005 B Corp
Flow 2005 C Corp
Flow 2005 D Corp
Flow 2005 E Corp
Flow 2005 F Corp
Flow 2005 G Corp
Flow 2005 H Corp
Flow 2005 I Corp
Flow 2005 J Corp
Flow 2006 A Corp
Flow 2006 B Corp
Flow 2006 C Corp
Flow 2006 D Corp
Flow 2006 E Corp
Flow 2006 F Corp
Flow 2006 G Corp
Flow 2006 H Corp
Flow 2007 A Corp
Flow 2007 B Corp
Flow 2007 C Corp
Flow 2007 D Corp
Flow 99 – 92 Corp
Pancal 93 Corp
Park 94 Corp
Accu 95 Corp
Fort 100 / FCMC 2001 B Corp
Fort 100 B / Flow 2001 D Corp
Juniper Corp

Pancal 82 Corp
WFB 83 Corp
Well 84 Corp
Morgan 85
Park 86
Flow 99 – 88 Corp
Green 89 Corp
Vantage 90 Corp
Penn 100
Penn 100 B
Point 91 Corp
Tribeca Loan Corp
Tribecca L
Tribeca XIX Corp
Tribeca XV Corp
Tribeca XVII Corp
Tribeca XVIII Corp
Tribeca XX Corp
Tribeca XXI Corp
Tribeca XXII Corp
Tribeca XXIII Corp
Tribeca XXIV Corp
Tribeca XXV 2004 Corp
Tribeca XXVI 2004 Corp
Tribeca XXVII 2004 Corp
Tribeca XXVIII 2004 Corp
Tribeca XXIX 2005 Corp
Tribeca XXX 2005 Corp
Tribeca XXXI 2005 Corp
Tribeca XXXII 2005 Corp
Tribeca XXXIII 2005 Corp
Tribeca XXXIX 2005 Corp
Tribeca XXXX 2005 Corp
Tribeca XXXIV 2005 Corp
Tribeca XXXV 2005 Corp
Tribeca XXXVI 2005 Corp
Tribeca XXXVII 2005 Corp
Tribeca XXXVIII 2005 Corp
Tribeca XXXXI 2005 Corp
Tribeca XXXXII 2005 Corp
Tribeca XXXXIII 2005 Corp
Tribeca XXXXIV 2005 Corp
Tribeca XXXXV 2005 Corp
Tribeca XXXXVI 2005 Corp
Tribeca L 2005 Corp
Tribeca XXXXIX 2005 Corp
Tribeca XXXXVII 2005 Corp
Tribeca XXXXVIII 2005 Corp
Tribeca LI 2005 Corp
Tribeca LII 2005 Corp
Tribeca LIII 2005 Corp
Tribeca LIV 2005 Corp
Tribeca LVI 2005 Corp
Tribeca LV 2005 Corp
Tribeca LIX 2006 Corp
Tribeca LVII 2006 Corp

3 - Attachment "2" to Schedule H

Tribeca LVIII 2006 Corp
Tribeca LX 2006 Corp
Tribeca LXII 2006 Corp
Tribeca LXIII 2006 Corp
Tribeca LXIV 2006 Corp
Tribeca LXV 2006 Corp
Tribeca LXI 2006 Corp
Tribeca LXIX 2006 Corp
Tribeca LXVI 2006 Corp
Tribeca LXVII 2006 Corp
Tribeca LXVIII 2006 Corp
Tribeca LXX 2006 Corp
Tribeca LXXI 2006 Corp
Tribeca LXXII 2006 Corp
Tribeca LXXIII 2006 Corp
Tribeca LXXIV 2006 Corp
Tribeca LXXV 2006 Corp
Tribeca LXXVI 2006 Corp
Tribeca LXXVII 2006 Corp
Tribeca LXXVIII 2006 Corp
Tribeca LXXIX 2007 Corp
Tribeca LXXX 2007 Corp
Tribeca LXXXI 2007 Corp
Tribeca LXXXII 2007 Corp
Tribeca LXXXIII 2007 Corp
Tribeca LXXXIV 2007 Corp
Tribeca LXXXIX 2007 Corp
Tribeca LXXXV 2007 Corp
Tribeca LXXXVI 2007 Corp
Tribeca LXXXVII 2007 Corp
Tribeca LXXXVIII 2007 Corp
Tribeca XC 2007 Corp
Tribeca XCI 2007 Corp
Tribeca XCII 2007 Corp
Tribeca XCIII 2007 Corp
Tribeca XCIV 2007 Corp
Tribeca XCV 2007 Corp

4 - Attachment "2" to Schedule H

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **FRANKLIN CREDIT HOLDING CORPORATION**                                          Case No.    _____
                                              Debtor(s)                                  Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __0__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 4, 2012**                        Signature    **/s/ Paul Colasono**
                                                             **Paul Colasono**
                                                             **Executive Vice President, Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.