B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of New Jersey

In re   **FRANKLIN CREDIT HOLDING CORPORATION**                                    Case No. _____

                                    Debtor(s)                                      Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Business Gross Income: 2011 |
| $0.00 | Business Gross Income: 2010 |
| $0.00 | Business Gross Income: Year to date 2012 |

---

**2. Income other than from employment or operation of business**

None ■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

### 3. Payments to creditors

**None** ■ *Complete a. or b., as appropriate, and c.*

    a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment 3 | | $0.00 | $0.00 |

**None** ☐   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Allan Lyons<br>6471 Enclave Way<br>Boca Raton, FL 33496 | 07/01/11 - 9,250.00<br>07/21/11 - 1,786.00<br>10/01/11 - 8,000.00<br>12/15/11 -   500.00<br>01/01/12 - 7,500.00<br>04/01/12 - 9,000.00 | $36,036.00 | $1,250.00 |
| Frank Evans<br>10718 Falls Pointe Drive<br>Great Falls, VA 22066 | 07/01/11 - 5,750.00<br>10/01/11 - 5,000.00<br>01/01/12 - 5,000.00<br>04/01/12 - 6,000.00 | $21,750.00 | $250.00 |
| Michael L. Bertash<br>193 Taft Cresecent<br>Centerport, NY 11721 | 07/01/11 - 6,250.00<br>10/01/11 - 5,500.00<br>12/15/11 -   500.00<br>01/01/12 - 5,000.00<br>04/01/12 - 6,500.00 | $23,750.00 | $1,250.00 |
| Steve Lefkowitz<br>53 7th Avenue<br>Brooklyn, NY 11217 | 07/01/11 - 6,500.00<br>10/01/11 - 5,500.00<br>12/15/11 -   500.00<br>01/01/12 - 5,000.00<br>04/01/12 - 6,500.00 | $24,000.00 | $1,250.00 |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Crawford v. Franklin Credit Holding Corporation et al. - 11-08379 (RDD) | | United States Bankruptcy Court for the Southern District of New York | Pending |
| Deutsche Bank National Trust Company, as Trustee for Tribeca Lending Trust Series 1 v. Dorothy J. Boy v. Mortgage Electronic Registration Systems, Inc., as Nominee for Tribeca Lending Corp, et al. | Contested Foreclosure | Court of Common Pleas, Philadelphia, PA | Pending |
| Virgilio v. The Huntington National Bank et al. - 10-01906 | | United States Bankruptcy Court for the District of New Jersey | Settled |
| Washington v. Franklin Credit Management Corp. et al. 11-40-5954 | Loan Dispute | Court of Common Plea, State of South Carolina, County of Richland | Dismissed |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Franklin Credit Management Corp.<br>Between April 18, 2012 and June 4, 2012 | $251,375.01 (including 75K post-petition retainer) |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☐ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **None however see description** | | **The Debtor discloses the following: Indemnification trust entered into on May 1, 2009 between the Debtor, as grantor, and Wilmington Trust Company (which is now part of M&T Bank), as trustee. Any remaining trust corpus (market value: $1,001,074.86 as of 10/31/11 - Acct # xxx0500), in general, goes back to the Debtor upon expiration of the trust in March 31, 2019 or upon termination by consent of all the Debtor's board of directors and all the then living beneficiaries.** |

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **See Attachment 4** | | **101 Hudson Street Jersey City, NJ 07302** | | |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME              ADDRESS                           DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS
Paul Colasono, EVP/CFO                              101 Hudson Street, 25th Floor
                                                    Jersey City, NJ 07302

Kim Shaw, Sr VP, Controller                         101 Hudson Street, 25th Floor
                                                    Jersey City, NJ 07302

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                    DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY        INVENTORY SUPERVISOR       (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                   RECORDS

---

### 21. Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

| | | |
|---|---|---|
| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Thomas J. Axon | President and Chairman of the Board | 45.2% |
| Paul Colasono | EVP/CFO | 0.21% |
| Kevin Gildea | Chief Legal Officer and Secretary of the Board | |
| Stephen Hague | EVP of Business Development | 0.075% |
| Kim Shaw | SVP/Controller | |
| Michael Bertash | Director | |
| Frank B. Evans, Jr. | Director | 10.9% |
| Steven W. Lefkowitz | Director | 3.22% |
| Allan R. Lyons | Director | 0.79% |

**22. Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Jimmy Yan<br>1106 East Mombasha Road<br>Monroe, NY 10950 | Managing Director of Servicing and Recovery and EVP | 5/9/12 |

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See answers for 3c | | |

### 24. Tax Consolidation Group.

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| The Debtor is the parent company of a tax consolidation group. The Subsidiaries and their respective taxpayer ID numbers are listed on Attachment 4 hereto. | 26-3104776 |

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 4, 2012**    Signature  **/s/ Paul Colasono**
**Paul Colasono**
**Executive Vice President, Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Attachment "3" to SOFA #3b.

| Posting Date | Description | Amount |
|---|---|---|
| 03/08/2012 | Check:0000001454: Marcum: 03/08/2012 | 50,000.00 |
| 03/08/2012 | Check:0000001455: State of WI: 03/08/2012 | 153.43 |
| 03/08/2012 | Check:0000001458: State of - 5: 03/08/2012 | 618.00 |
| 03/15/2012 | Check:0000001459: Computershar: 03/15/2012 | 815.50 |
| 03/15/2012 | Check:0000001460: Marshall & Stevens 03/15/2012 | 5,400.00 |
| 03/19/2012 | Check:0000001461: SC Dept.: 03/19/2012 | 1,000.00 |
| 03/19/2012 | Check:0000001462: Wisconsin De: 03/19/2012 | 25.00 |
| 03/19/2012 | Check:0000001463: WV Secreta: 03/19/2012 | 50.00 |
| 03/21/2012 | Wire-Delaware-Franchise | 250.00 |
| 03/22/2012 | Check:0000001464: Accume: 03/22/2012 | 18,978.58 |
| 03/22/2012 | Check:0000001465: Cushman: 03/22/2012 | 7,500.00 |
| 03/28/2012 | Check:0000001472:Sandberg:03/28/2012 | 830.00 |
| 03/28/2012 | Check:0000001471: Ballard Spahr: 03/28/2012 | 112.50 |
| 03/28/2012 | Check:0000001473: SNR Denton: 03/28/2012 | 13,668.00 |
| 04/01/2012 | Check:0000001467: Bertash: 04/01/2012 | 6,500.00 |
| 04/01/2012 | Check:0000001470: Lyons, A: 04/01/2012 | 9,000.00 |
| 04/01/2012 | Check:0000001468: Evans, F: 04/01/2012 | 6,000.00 |
| 04/01/2012 | Check:0000001469: Lefkowitz, S: 04/01/2012 | 6,500.00 |
| 04/12/2012 | Check:0000001474: Marcum: 04/12/2012 | 50,000.00 |
| 04/12/2012 | Check:0000001475: Quality Edga: 04/12/2012 | 2,840.00 |
| 04/12/2012 | Check:0000001476: ReedSmith: 04/12/2012 | 1,000.00 |
| 04/12/2012 | Check:0000001477: State of NJ: 04/12/2012 | 2,500.00 |
| 04/16/2012 | Check:0000001481: Oregon Dept: 04/16/2012 | 150.00 |
| 04/16/2012 | Check:0000001479: Idaho State: 04/16/2012 | 60.00 |
| 04/16/2012 | Check:0000001480: Montana Dept: 04/16/2012 | 50.00 |
| 04/16/2012 | Check:0000001478: Arizona: 04/16/2012 | 50.00 |
| 04/16/2012 | Check:0000001482: Tennessee: 04/16/2012 | 100.00 |
| 04/17/2012 | Check:0000001483: Utah Tax: 04/17/2012 | 100.00 |
| 04/19/2012 | Check:0000001484: Accume: 04/19/2012 | 5,928.00 |
| 04/26/2012 | Check:0000001487: Marcum: 04/26/2012 | 50,000.00 |
| 05/10/2012 | Check:0000001488: Broadridge: 05/10/2012 | 181.26 |
| 05/10/2012 | Check:0000001490: Marcum: 05/10/2012 | 33,045.00 |
| 05/17/2012 | Check:0000001491: CSC: 05/17/2012 | 366.00 |
| | **TOTAL:** | **$273,771.27** |

ME1 13595373v.1

# Attachment "4" to SOFA #18 and #24

| Company Name | Tax ID # |
|---|---|
| **Franklin Credit Holding Corporation** | 26-3104776 |
| **Franklin Credit Management Corporation** | 75-2243266 |
| *FCRF II (Fra)* | |
| *FCRF VI (Fra)* | |
| *FCRF VII (Fra)* | |
| *FCRF VIII* | |
| *FCRF X* | |
| *FCRF XII* | |
| *FCRF XIV (Fra)* | |
| *FCRF XVIII* | |
| *FCRF XIX* | |
| *FCRF XX* | |
| *Hudson Mgmt Corp* | 13-3863435 |
| *Greenwich First Corp (XXII)* | 13-3863441 |
| *Greenwich Mgnt Corp (XXIII)* | 13-3863446 |
| *Tribeca Funding Corp (XXI)* | 13-3863447 |
| | |
| **6 Harrison Corp.** | **13-3851583** |
| *Greenwich Funding Corp* | 13-3863444 |
| | |
| **Harrison Financial Corp** | **52-1931339** |
| *Harrison 1st Corp.* | 52-1931338 |
| *Harrison Financial Assoc* | 13-3863436 |
| *Harrison Funding Corp* | 13-3861721 |
| | |
| **Flow 2000 A Corp** | **13-4102321** |
| *Accu 99 Corp* | 13-4106467 |
| | |
| **Beach Funding Corp.** | **13-3864395** |
| *Ericsson Associates Inc.* | 13-3864396 |
| *Jackson Union 28 Corp.* | 13-3864408 |
| *Mass Fed 29 Corp.* | 13-3863439 |
| *NY APT 33 Corp.* | 13-3864411 |
| *Ark 38 Corporation* | 13-3914665 |
| *Kearney 39 Corp* | 13-3914666 |
| *New Haven 40 Corp* | 13-3919284 |
| *North Fork 41 Corp.* | 13-3926758 |
| *Norwich 42 Corp* | 13-3926760 |
| | |
| **Rontex 1617 Corp.** | **13-3933337** |
| *St. Pete 43 Corp.* | 13-3933335 |
| *Fort Granite 44 Corp* | 13-3933340 |
| *Jersey 45 Corp* | 13-3933341 |
| *Shelton 46 Corp.* | 13-3940159 |
| *CAPT 47 Corp.* | 13-3940161 |

1 – Attachment "4" to SOFA #18 and #24

ME1 13594642v.1

| | |
|---|---|
| *Garfield 48 Corp.* | 13-3940165 |
| *Cal Second 49 Corp.* | 13-3943660 |
| | |
| **Newport 50 Corp.** | **13-3943655** |
| *DAPT 51 Corp.* | *13-3950053* |
| *Island 52 Corp.* | *13-3973431* |
| *New Haven 53 Corp.* | *13-3973427* |
| *Madison 54 Corp.* | *13-3979788* |
| *Branford 55 Corp.* | *13-3980068* |
| | |
| **Cape 77 Corp** | **13-4052453** |
| *Century 78 Corp* | 13-4055464 |
| *Tampa 79 Corp* | 13-4060264 |
| *Firstco 80 Corp* | 13-4060265 |
| *Free 81 Corp* | 13-4062161 |
| | |
| **Coast 56 Corp** | **13-3994880** |
| *Home Fed 57 Corp* | 13-3996791 |
| *New Haven 58 Corp* | 13-4002345 |
| *Flow Purchase 98 Corp* | 13-4003368 |
| *Rapid Point 60 Corp* | 13-4007192 |
| *Kearny 61 Corp* | 13-4012757 |
| *Coast 62 Corp* | 13-4014830 |
| *New Haven 63 Corp* | 13-4018059 |
| | |
| **Coast 96 Corp** | **13-4093224** |
| *Park 97 Corp* | 13-4102315 |
| *Pan Cal 98 Corp* | 13-4102317 |
| | |
| **Emerge 64 Corp** | **13-4018060** |
| | |
| **Emod 65 Corp** | **13-4022061** |
| *Emsec 66 Corp* | 13-4023880 |
| *Free/ Emgold 67 Corp* | 13-4025954 |
| *Modgold 68 Corp* | 13-4032747 |
| | |
| **Firstgold 69 Corp** | **13-4035713** |
| *Flow 99 - 70 Corp* | 13-4047730 |
| *Ivy City 72 Corp* | 13-4049837 |
| *Free 73 Corp* | 13-4049839 |
| *Coast 74 Corp* | 13-4049840 |
| *Acredit 75* | 13-4049842 |
| *Flow 99 - 76 Corp* | 13-4052452 |
| | |
| FCMC 2000 B Corp | 13-4112791 |
| FCMC 2000 C Corp | 13-4138248 |
| FCMC 2000 D Corp | 13-4136881 |
| FCMC 2001 A Corp | 13-4156932 |
| FCMC 2001 C Corp | 13-4176047 |
| FCMC 2001 D Corp | 13-4176123 |

2 – Attachment "4" to SOFA #18 and #24

ME1 13594642v.1

| | |
|---|---|
| FCMC 2001 E Corp | 13-4185122 |
| FCMC 2001 F Corp | 13-4198793 |
| FCMC 2002 A Corp | 03-0379658 |
| FCMC 2002 B Corp | 03-0379438 |
| FCMC 2002 C Corp | 03-0379436 |
| FCMC 2002 D Corp | 55-0787488 |
| FCMC 2002 E Corp | 55-0787487 |
| FCMC 2002 F Corp | 51-0431527 |
| FCMC 2002 G Corp | 51-0431526 |
| FCMC 2002 H Corp | 14-1861924 |
| FCMC 2003 A Corp | 16-1649126 |
| FCMC 2003 B Corp | 03-0507435 |
| FCMC 2003 C Corp | 03-0507426 |
| FCMC 2003 D Corp | 06-1684511 |
| FCMC 2003 E Corp | 06-1684506 |
| FCMC 2003 F Corp | 55-0840265 |
| FCMC 2003 G Corp | 55-0840267 |
| FCMC 2003 H Corp | 55-0840269 |
| FCMC 2003 I Corp | 52-2436179 |
| FCMC 2004 A Corp | 52-2436182 |
| FCMC 2004 B Corp | 52-2436183 |
| FCMC 2004 C Corp | 51-0503592 |
| FCMC 2004 D Corp | 51-0503602 |
| FCMC 2004 E Corp | 51-0503590 |
| FCMC 2004 F Corp | 56-2480011 |
| FCMC 2004 G Corp | 56-2480014 |
| FCMC 2004 H Corp | 55-0884062 |
| FCMC 2004 I Corp | 55-0884059 |
| FCMC 2004 J Corp | 58-2684101 |
| FCMC 2004 K Corp | 58-2684094 |
| FCMC 2004 L Corp | 54-2862304 |
| FCMC 2004 M Corp | 54-2162303 |
| FCMC 2005 A Corp | 51-0533394 |
| FCMC 2005 B Corp | 51-0533374 |
| FCMC 2005 C Corp | 52-2454152 |
| FCMC 2005 D Corp | 59-3801326 |
| FCMC 2005 E Corp | 54-2171660 |
| FCMC 2005 F Corp | 51-0539300 |
| FCMC 2005 G Corp | 59-3808904 |
| FCMC 2005 H Corp | 59-3808914 |
| FCMC 2005 I Corp | 59-3808908 |
| FCMC 2005 J Corp | 20-3712873 |
| FCMC 2005 K Corp | 20-3712922 |
| FCMC 2005 L Corp | 20-3712965 |
| FCMC 2005 M Corp | 20-3713011 |
| FCMC 2005 N Corp | 20-3713055 |
| FCMC 2005 O Corp | 20-3713156 |
| FCMC 2005 P Corp | 20-3945305 |
| FCMC 2005 Q Corp | 20-3945315 |
| FCMC 2005 R Corp | 20-3945323 |

3 – Attachment "4" to SOFA #18 and #24

| | |
|---|---|
| FCMC 2005 S Corp | 20-3945341 |
| FCMC 2006 A Corp | 20-4222949 |
| FCMC 2006 B Corp | 20-4223002 |
| FCMC 2006 C Corp | 20-4223142 |
| FCMC 2006 D Corp | 20-4223188 |
| FCMC 2006 E Corp | 20-4623717 |
| FCMC 2006 F Corp | 20-4623643 |
| FCMC 2006 G Corp | 20-4623605 |
| FCMC 2006 H Corp | 20-4623562 |
| FCMC 2006 I Corp | 20-4623520 |
| FCMC 2006 J Corp | 20-5062452 |
| FCMC 2006 K Corp | 20-5063380 |
| FCMC 2006 L Corp | 20-5063518 |
| FCMC 2006 M Corp | 20-5063560 |
| FCMC 2006 N Corp | 20-5063604 |
| FCMC 2006 O Corp | 20-5063650 |
| FCMC 2006 P Corp | 20-5063691 |
| FCMC 2006 Q Corp | 20-5063795 |
| FCMC 2006 R Corp | 20-5660505 |
| FCMC 2006 S Corp | 20-5662387 |
| FCMC 2006 T Corp | 20-5662539 |
| FCMC 2006 U Corp | 20-5662466 |
| FCMC 2006 V Corp | 20-5944969 |
| FCMC 2006 W Corp | 20-5944935 |
| FCMC 2006 X Corp | 20-5944832 |
| FCMC 2006 Y Corp | 20-5943518 |
| FCMC 2006 Z Corp | 20-5943475 |
| FCMC 2007 A Corp | 20-8391819 |
| FCMC 2007 AA Corp | 26-1284561 |
| FCMC 2007 AB Corp | 26-1284654 |
| FCMC 2007 AC Corp | 26-1284730 |
| FCMC 2007 B Corp | 20-8391830 |
| FCMC 2007 C Corp | 20-8391863 |
| FCMC 2007 D Corp | 20-8392415 |
| FCMC 2007 E Corp | 20-8392533 |
| FCMC 2007 F Corp | 20-8392565 |
| FCMC 2007 G Corp | 20-8826386 |
| FCMC 2007 H Corp | 20-8826497 |
| FCMC 2007 I Corp | 20-8826429 |
| FCMC 2007 J Corp | 20-8826453 |
| FCMC 2007 K Corp | 20-8826542 |
| FCMC 2007 L Corp | 20-8826583 |
| FCMC 2007 M Corp | 20-8826646 |
| FCMC 2007 N Corp | 26-0261552 |
| FCMC 2007 O Corp | 26-0261525 |
| FCMC 2007 P Corp | 26-0261491 |
| FCMC 2007 Q Corp | 26-0261442 |
| FCMC 2007 R Corp | 26-0261423 |
| FCMC 2007 S Corp | 26-0261468 |
| FCMC 2007 T Corp | 26-0475352 |

4 – Attachment "4" to SOFA #18 and #24

| | |
|---|---|
| FCMC 2007 U Corp | 26-0538639 |
| FCMC 2007 V Corp | 26-0538684 |
| FCMC 2007 W Corp | 26-0538725 |
| FCMC 2007 X Corp | 26-0538762 |
| FCMC 2007 Y Corp | 26-0538792 |
| FCMC 2007 Z Corp | 26-0538839 |
| FCMC B-One 2004 A Corp | 56-2465446 |
| FCMC B-One 2004 B Corp | 56-2465481 |
| FCMC B-One 2004 C Corp | 56-2465477 |
| FCMC B-One 2004 D Corp | 56-2465473 |
| FCMC B-One 2004 E Corp | 56-2465449 |
| **Flow 2000 B Corp** | **13-4118853** |
| *Flow 2000 C Corp* | 13-4126782 |
| Flow 2000 D Corp | 13-4136900 |
| Flow 2000 E Corp | 13-4143479 |
| Flow 2000 F Corp | 13-4147709 |
| Flow 2001 A Corp | 13-4150571 |
| Flow 2001 B Corp | 13-4156933 |
| Flow 2001 C Corp | 13-4126782 |
| Flow 2001 F Corp | 13-4176041 |
| Flow 2001 G Corp | 13-4176043 |
| Flow 2001 H Corp | 13-4185125 |
| Flow 2001 I Corp | 13-4185124 |
| Flow 2001 J Corp | 13-4197020 |
| Flow 2001 K Corp | 13-4197184 |
| Flow 2001 L Corp | 13-4198791 |
| Flow 2001 E Corp | 13-4169401 |
| Flow 2002 A Corp | 03-0379672 |
| Flow 2002 B Corp | 02-0538424 |
| Flow 2002 C Corp | 02-0538431 |
| Flow 2002 D Corp | 03-0379665 |
| Flow 2002 E Corp | 02-0592340 |
| Flow 2002 F Corp | 03-0435059 |
| Flow 2002 G Corp | 04-3654695 |
| Flow 2002 H Corp | 01-0677673 |
| Flow 2002 I Corp | 02-0592351 |
| Flow 2002 J Corp | 02-0593072 |
| Flow 2002 K Corp | 02-0654655 |
| Flow 2002 L Corp | 16-1648898 |
| Flow 2003 A Corp | 16-1649122 |
| Flow 2003 B Corp | 16-1649125 |
| Flow 2003 C Crop | 16-1649123 |
| Flow 2003 D Corp | 57-1162585 |
| Flow 2003 E Corp | 57-1162591 |
| Flow 2003 F Corp | 57-1162514 |
| Flow 2003 G Corp | 01-0797553 |
| Flow 2003 H Corp | 01-0797554 |
| Flow 2003 I Corp | 01-0797557 |

| | |
|---|---|
| Flow 2003 J Corp | 51-0486474 |
| Flow 2003 K Corp | 52-2436173 |
| Flow 2003 L Corp | 52-2436178 |
| Flow 2004 A Corp | 52-2436177 |
| Flow 2004 B Corp | 51-0497789 |
| Flow 2004 C Corp | 51-0497790 |
| Flow 2004 D Corp | 51-0497792 |
| Flow 2004 E Corp | 51-0503597 |
| Flow 2004 F Corp | 51-0503595 |
| Flow 2004 G Corp | 51-0503598 |
| Flow 2004 H Corp | 51-0503593 |
| Flow 2004 I Corp | 51-0503589 |
| Flow 2005 A Corp | 51-0533371 |
| Flow 2005 B Corp | 51-0533372 |
| Flow 2005 C Corp | 52-2454153 |
| Flow 2005 D Corp | 52-2454154 |
| Flow 2005 E Corp | 51-6539296 |
| Flow 2005 F Corp | 51-0553806 |
| Flow 2005 G Corp | 51-0553808 |
| Flow 2005 H Corp | 51-0553810 |
| Flow 2005 I Corp | 51-0553813 |
| Flow 2005 J Corp | 20-4223395 |
| Flow 2006 A Corp | 20-4223230 |
| Flow 2006 B Corp | 20-4223255 |
| Flow 2006 C Corp | 20-4223284 |
| Flow 2006 D Corp | 20-4223332 |
| Flow 2006 E Corp | 20-5063843 |
| Flow 2006 F Corp | 20-5063869 |
| Flow 2006 G Corp | 20-5063890 |
| Flow 2006 H Corp | 20-5064280 |
| Flow 2007 A Corp | 20-8826346 |
| Flow 2007 B Corp | 20-8826265 |
| Flow 2007 C Corp | 20-8826239 |
| Flow 2007 D Corp | 20-8826221 |
| | |
| **Flow 99 - 92 Corp** | **13-4083380** |
| *Pancal 93 Corp* | 13-4090022 |
| *Park 94 Corp* | 13-4092907 |
| *Accu 95 Corp* | 13-4093223 |
| | |
| Fort 100 / FCMC 2001 B Corp | 13-4166431 |
| Fort 100 B / Flow 2001 D Corp | 13-4166468 |
| Juniper Corp | 56-2453696 |
| | |
| **Pancal 82 Corp** | **13-4062155** |
| *WFB 83 Corp* | 13-4063795 |
| *Well 84 Corp* | 13-4063797 |
| *Morgan 85* | 13-4065166 |
| *Park 86* | 13-4065167 |
| *Flow 99 - 88 Corp* | 13-4069712 |

6 – Attachment "4" to SOFA #18 and #24

ME1 13594642v.1

| | |
|---|---|
| *Green 89 Corp* | 13-4074570 |
| *Vantage 90 Corp* | 13-4076269 |
| **Penn 100** | **13-4132516** |
| *Penn 100 B* | 13-4132714 |
| Point 91 Corp | 13-4076271 |
| **Tribeca Lending Corp** | ***13-3928360*** |
| Tribeca Loan Corp | |
| Tribecca L | |
| Tribeca XIX Corp | 34-2000988 |
| Tribeca XV Corp | 34-2000986 |
| Tribeca XVII Corp | 34-2000987 |
| Tribeca XVIII Corp | 34-2000985 |
| Tribeca XX Corp | 34-2000990 |
| Tribeca XXI Corp | 34-2000991 |
| Tribeca XXII Corp | 34-2000992 |
| Tribeca XXIII Corp | 51-0516201 |
| Tribeca XXIV Corp | 55-0878265 |
| Tribeca XXV 2004 Corp | 51-0522598 |
| Tribeca XXVI 2004 Corp | 51-0522602 |
| Tribeca XXVII 2004 Corp | 43-799566 |
| Tribeca XXVIII 2004 Corp | 59-3790213 |
| Tribeca XXIX 2005 Corp | 52-2448305 |
| Tribeca XXX 2005 Corp | 20-4765886 |
| Tribeca XXXI 2005 Corp | 20-4765896 |
| Tribeca XXXII 2005 Corp | 59-3801327 |
| Tribeca XXXIII 2005 Corp | 59-3801329 |
| Tribeca XXXIX 2005 Corp | 51-0542606 |
| Tribeca XXXX 2005 Corp | 51-0542609 |
| Tribeca XXXIV 2005 Corp | 52-2459131 |
| Tribeca XXXV 2005 Corp | 52-2459136 |
| Tribeca XXXVI 2005 Corp | 52-2459133 |
| Tribeca XXXVII 2005 Corp | 52-2459134 |
| Tribeca XXXVIII 2005 Corp | 52-2459130 |
| Tribeca XXXXI 2005 Corp | 65-1257649 |
| Tribeca XXXXII 2005 Corp | 65-1257650 |
| Tribeca XXXXIII 2005 Corp | 51-0553797 |
| Tribeca XXXXIV 2005 Corp | 51-0553799 |
| Tribeca XXXXV 2005 Corp | 51-0553802 |
| Tribeca XXXXVI 2005 Corp | 51-0553804 |
| Tribeca L 2005 Corp | 20-3712518 |
| Tribeca XXXXIX 2005 Corp | 20-3712444 |
| Tribeca XXXXVII 2005 Corp | 20-3712380 |
| Tribeca XXXXVIII 2005 Corp | 20-3712624 |
| Tribeca LI 2005 Corp | 20-3712202 |
| Tribeca LII 2005 Corp | 20-3712285 |
| Tribeca LIII 2005 Corp | 20-3712335 |
| Tribeca LIV 2005 Corp | 20-4530218 |

7 – Attachment "4" to SOFA #18 and #24

ME1 13594642v.1

| | |
|---|---|
| Tribeca LVI 2005 Corp | 20-3945275 |
| Tribeca LV 2005 Corp | 20-3945288 |
| Tribeca LIX 2006 Corp | 20-4406893 |
| Tribeca LVII 2006 Corp | 20-4406942 |
| Tribeca LVIII 2006 Corp | 20-4406918 |
| Tribeca LX 2006 Corp | 20-4406869 |
| Tribeca LXII 2006 Corp | 20-4628412 |
| Tribeca LXIII 2006 Corp | 20-4628394 |
| Tribeca LXIV 2006 Corp | 20-4628359 |
| Tribeca LXV 2006 Corp | 20-4624176 |
| Tribeca LXI 2006 Corp | 20-4532742 |
| Tribeca LXIX 2006 Corp | 20-4928729 |
| Tribeca LXVI 2006 Corp | 20-4872968 |
| Tribeca LXVII 2006 Corp | 20-4928602 |
| Tribeca LXVIII 2006 Corp | 20-4928663 |
| Tribeca LXX 2006 Corp | 20-4928806 |
| Tribeca LXXI 2006 Corp | 20-5396283 |
| Tribeca LXXII 2006 Corp | 20-5596461 |
| Tribeca LXXIII 2006 Corp | 20-5596485 |
| Tribeca LXXIV 2006 Corp | 20-5596504 |
| Tribeca LXXV 2006 Corp | 20-5596567 |
| Tribeca LXXVI 2006 Corp | 20-5952876 |
| Tribeca LXXVII 2006 Corp | 20-5952909 |
| Tribeca LXXVIII 2006 Corp | 20-5952951 |
| Tribeca LXXIX 2007 Corp | 20-8392646 |
| Tribeca LXXX 2007 Corp | 20-8392754 |
| Tribeca LXXXI 2007 Corp | 20-8392790 |
| Tribeca LXXXII 2007 Corp | 20-8392822 |
| Tribeca LXXXIII 2007 Corp | 20-8392878 |
| Tribeca LXXXIV 2007 Corp | 20-8826702 |
| Tribeca LXXXIX 2007 Corp | 20-8827039 |
| Tribeca LXXXV 2007 Corp | 20-8836773 |
| Tribeca LXXXVI 2007 Corp | 20-8826882 |
| Tribeca LXXXVII 2007 Corp | 20-8826928 |
| Tribeca LXXXVIII 2007 Corp | 20-8826984 |
| Tribeca XC 2007 Corp | 26-0688909 |
| Tribeca XCI 2007 Corp | 26-0688765 |
| Tribeca XCII 2007 Corp | 26-0688713 |
| Tribeca XCIII 2007 Corp | 26-0688682 |
| Tribeca XCIV 2007 Corp | 26-0688575 |
| Tribeca XCV 2007 Corp | 26-0668254 |
| **Franklin Credit Asset Corporation** | **26-3393602** |
| **Franklin Credit Loan Servicing LLC** | **26-3190549** |
| **Franklin Asset, LLC** | **26-4525956** |

8 – Attachment "4" to SOFA #18 and #24